UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV21-9667-CAS(JEMx) | Date | March 23, 2022 |
|---|---|---|---|
| Title | VAL-PRO, INC. DBA VALLEY FRUIT AND PRODUCE CO. v. MIDTOWN MART, INC.; ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS) - ORDER TO SHOW CAUSE

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **April 7, 2022**, why this action should not be dismissed for lack of prosecution. In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider the following:

- Proofs of service of summons and complaint on **defendants MIDTOWN MART, INC.;** and **YEON MIN CHUNG**; and

- Answers by **defendants MTM 2825, LLC;** and **JAEY Y. CHUNG, aka JAE CHUNG,** or plaintiff's requests for entry of default on these defendants

on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |